IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| SARAH BOWMAR and<br>JOSH BOWMAR,<br><br>      Plaintiffs,<br><br>  v.<br><br>HEARST PROPERTIES, INC.,<br><br>      Defendant. | Civil Action No. 3:23-cv-00382<br>Judge Campbell/Frensley |

## ORDER

Pending before the Court is the Plaintiff's motion to amend the complaint in this matter. Docket No. 19. On August 8, 2023, the Parties entered a stipulation indicating their agreement to transfer this matter to the United States District Court for the Southern District of Iowa. The Court thereafter filed an Order directing the Parties to file an appropriate motion with accompanying memorandum of law if they seek action by the Court. Docket No. 27.

By **September 1, 2023**, the Parties shall file a joint status report with the Court advising how they intend to proceed with this matter and what impact the stipulation has on the pending motion to amend.

**IT IS SO ORDERED.**

                                                    **JEFFERY S. FRENSLEY**
                                                    **United States Magistrate Judge**